FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 26 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
| v. | : | |
| ANANI KOSSIGAN | : | NO. 1:09-CR-118 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 18, 2008, in the Northern District of Georgia, defendant ANANI KOSSIGAN did knowingly and wilfully enter, in violation of the security requirements prescribed under Title 49, United States Code, Section 44901, an airport area that serves an air carrier or foreign air carrier, in violation of Title 49, United States Code, Section 46314(a) and (b).

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

ROBERT C.I. MCBURNEY
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 481070
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
V: 404-581-6184
F: 404-581-6181