U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 26 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2008R00169)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: FULTON

DISTRICT COURT NO. _____

MAGISTRATE CASE NO. 1:09-CR-118

__ Indictment          X  Information          __ Magistrate's Complaint

DATE: _____          DATE: March 26, 2009          DATE: _____

UNITED STATES OF AMERICA
vs.
**ANANI KOSSIGAN**

SUPERSEDING
_____
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)
GREATER OFFENSE CHARGED:
 X  Felony        __ Misdemeanor

TOTAL COUNTS:
(as to deft)

**DEFENDANT:**

IS NOT IN CUSTODY:

1. X  Has not been arrested pending outcome of this proceeding.
    If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):
    _____

DATE OF ARREST: _____
    Or if arresting agency & warrant were not Federal:
DATE TRANSFERRED TO U.S. CUSTODY: _____
    Are there any outstanding warrants in this proceeding __ Yes __ No
    Date: _____          Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
    ___ Federal    __ State
    If Yes, show name of institution _____
    Has detainer been filed __ Yes          __ No
    If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: ROBERT C.I. McBURNEY
DEFT'S ATTY: _____

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
BY: ROBERT C.I. McBURNEY
Assistant United States Attorney

DATE: March 26, 2009